CRAIG A. HOOVER, ESQ., SBN 113965
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile:  (202) 637-5910
cahoover@hhlaw.com

MEGAN DIXON, SBN 162895
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 374.2300
Facsilime: (415) 374.2499
mdixon@hhlaw.com

Attorneys for Defendant
WELLPOINT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN PODIATRIC MEDICAL ASSOCIATION, CALIFORNIA CHIROPRACTIC ASSOCIATION, CALIFORNIA PSYCHOLOGICAL ASSOCIATION, and DR. JAMES A. PECK, PSY.D., individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WELLPOINT, INC.,<br><br>Defendant. | CASE NO.: 2:09-cv-01740-WBS-KJM<br><br>Complaint Filed: June 23, 2009<br><br>Assigned to: Hon. William B. Shubb<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>L.R. 6-144(a) |

IT IS ORDERED THAT Defendant is relieved from answering or otherwise responding to the Complaint by September 9, 2009, and that the time for Defendant to answer or otherwise respond to the Complaint is extended to November 9, 2009.

SO ORDERED.

DATED:     September 8, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE